EFILED LUCAS COUNTY
08/24/2022 09:39 AM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 104987

# IN THE COURT OF COMMON PLEAS
# LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| PHILIP APODACA | ) | CASE NO. G-4801-CI-0202202991-000 |
| Plaintiff, | ) ) ) | JUDGE LINDA J. JENNINGS |
| v. | ) ) | |
| MID-WESTERN CAR CARRIERS, INC. | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE DEFENDANT,** |
| Defendants. | ) ) ) | **FIRST SELECT TRANSPORT, INC. ONLY** |

Now comes Plaintiff, Philip Apodaca by and through counsel, and hereby notifies this Honorable Court and all parties herein, that the above-captioned matter is dismissed without prejudice as to the Defendant, First Select Transport, Inc., **only**. This notice is pursuant to Civil Rule 41(A)(1)(a) of the Ohio Rules of Civil Procedure, with the right to refile within one year.

Respectfully submitted,

*/s/ Scott A. Rumizen*
**SCOTT A. RUMIZEN, ESQ. (0058561)**
**DAVID S. MICHEL, ESQ. (0014173)**
**R. MATTHEW WEISMAN, ESQ. (0099087)**
RUMIZEN WEISMAN CO., LTD.
25201 Chagrin Boulevard, Ste. 270
Beachwood, Ohio 44122
Tel: (216) 658-5500
Fax: (216) 658-5100
Email: srumizen@weismaninjury.com
david@davidmichellaw.com
mattweisman@weismaninjury.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent electronically and/or mailed this 24th day of August, 2022, to:

Tina Taylor Thomas, Esq.
Tina.thomas@nationwide.com
Attorney for Defendants, Mid-Western
Car Carriers, Inc., Corey Suggs and
First Select Transport, Inc.

/s/ *Scott A. Rumizen*
Scott A. Rumizen, Esq.
David S. Michel, Esq.
R. Matthew Weisman, Esq.
*Attorneys for Plaintiff*